## EXHIBIT "A"

UNCLAIMED FUNDS

| Name and Address | | Amount |
|---|---|---|
| A Kareena Enterprises, LLC<br>7415 SW Freeway<br>Houston, Texas 77074 | Surplus Funds | $ 3,455.11 |
| | TOTAL | $ 3,455.11 |

2971610v1:AKAREEN:001